**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 484 WAL 2014
: 
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
: 
: 
: 
DEZRE SMITH, :
: 
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.